■ In the Matter of ELIJAH N., a Person Alleged to be a Juvenile Delinquent, Appellant. [45 NYS3d 794]—

Order of disposition, Family Court, Bronx County (Gayle P. Roberts, J.), entered on or about August 25, 2015, which adjudicated appellant a juvenile delinquent upon a finding that he committed acts that, if committed by an adult, would constitute the crimes of burglary in the first degree, criminal possession of a weapon in the fourth degree, criminal mischief in the fourth degree, menacing in the second degree, and attempted assault in the second and third degrees, and placed him on probation for a period of 12 months, unanimously affirmed, without costs.

The court properly exercised its discretion in adjudicating appellant a juvenile delinquent and placing him on probation. This was the least restrictive dispositional alternative consistent with appellant's needs and the community's need for protection (*see Matter of Katherine W.*, 62 NY2d 947 [1984]), given defendant's extremely violent conduct in the underlying incident and the negative factors in his background, including his poor disciplinary and academic record at school. An adjournment in contemplation of dismissal would not have provided a sufficient period of supervision. Concur—Sweeny, J.P., Acosta, Moskowitz, Kapnick and Kahn, JJ.